

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2015

No. 04-15-00136-CV

Gerald **HARRINGTON**, M.D.,
Appellant

v.

Sandra **SCHROEDER** and Duane J. Ramos, Individually and as All Heirs to the Estate of
Sylvia Ramos, Deceased,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06284
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's opposed motion for extension of time to file brief is hereby GRANTED.
Brief is deemed timely filed on April 20, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 4th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court